# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138295

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 138295
                                      COA: 287242
                                      Wayne CC: 07-015016-01

ROGER EUGENE JOHNSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

*Corbin R. Davis*

s0518

Clerk